```
                            United States Bankruptcy Court
                                District of Puerto Rico
In re:                                                          Case No. 10-11880-SEK
JOSE IVAN MALDONADO SERRANO                                     Chapter 7
CARMEN CRUZ PAGAN
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0104-3         User: romoj             Page 1 of 1           Date Rcvd: Mar 29, 2011
                             Form ID: nintent7       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2011.
db/jdb     +JOSE IVAN MALDONADO SERRANO,   CARMEN CRUZ PAGAN,   VILLA DEL ESTE,   981 AMBAR STREET,
             CANOVANAS, PR 00729-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2011**                    **Signature:**   _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>*JOSE IVAN MALDONADO SERRANO*<br><br>*CARMEN CRUZ PAGAN*<br><br><br>*xxx−xx−0424*<br>*xxx−xx−8725*<br><br>Debtor(s) | Case No. 10−11880−SEK7 SEK<br><br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON<br>*3/29/11* |

## NOTICE OF INTENT TO CLOSE CHAPTER 7 BANKRUPTCY CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE OF DEBTOR TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

Pursuant to FRBP 1007(b)(7), the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) was due within sixty (60) days after the date first set for the meeting of creditors in a chapter 7 case. This sixty (60) day deadline expired on 3/28/2011 , without the debtor having filed Official Form 23 with the court.

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management is filed within seven (7) days of this notice, no later than Tuesday, April 5, 2011, unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §§109(h); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses. Once closed, the debtor will be required to pay a re−opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, **The 29th of March, 2011.**

*CELESTINO MATTA−MENDEZ*
Clerk of the Court

By: *JOSE ROMO*
Deputy Clerk

c: debtor
debtor's attorney
trustee